**Opinion filed July 2, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00275-CV
_____

**LOUIS SHEEHAN, Appellant**

**V.**

**MICHAEL TAYLOR, Appellee**

**On Appeal from the 238th District Court**

**Midland County, Texas**

**Trial Court Cause No. CV50042**

## M E M O R A N D U M   O P I N I O N

Appellant filed a pro se notice of appeal in this cause on October 10, 2014. When the clerk's record was filed, the clerk of this court notified Appellant that his brief was due on April 6, 2015. On March 24, 2015, Appellant filed in this court a motion for an extension of time in which to file his brief. We granted the motion in part and informed Appellant that his brief was due for filing on or before May 21, 2015. On our own motion, we subsequently extended the deadline to

June 22, 2015, and informed Appellant that, if his brief was not filed by that date, this appeal could be dismissed. *See* TEX. R. APP. P. 38.8(a)(1), 42.3. As of today, Appellant has yet to file a brief, and we have not heard from Appellant since he filed the motion for extension on March 24. Accordingly, we conclude that this appeal should be dismissed based upon Appellant's failure to prosecute the appeal. TEX. R. APP. P. 38.8(a)(1), 42.3.

We dismiss this appeal for want of prosecution.

PER CURIAM

July 2, 2015

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.